# SEALED

**BY THE ORDER OF THE COURT**

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

F LED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Apr 15, 2021**
Michelle Rynne, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 21-00476 WRP |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| vs. | ) | |
| | ) | |
| HERBERT HARRY FRENCH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Possess with Intent to Distribute 50 grams or more of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about January 29, 2021, within the District of Hawaii, HERBERT HARRY FRENCH, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

//

//

I further state that I am a Special Agent with the United States Drug
Enforcement Administration, and that this Complaint is based upon the facts set
forth in the attached "Affidavit in Support of Criminal Complaint", which is
attached hereto and incorporated herein by reference.

DATED: HONOLULU, HAWAII: April 14, 2021.

GABRIEL GRAY
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically and attestation acknowledged
pursuant to FRCP 4.1(b)(2).
DATED: April 15, 2021



Wes Reber Porter
United States Magistrate Judge

2

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, GABRIEL GRAY, being duly sworn, deposes and states as follows:

1.      I am a special agent with the United States Drug Enforcement

Administration (DEA) and have been so employed since September 2019.  I am

currently assigned to the Los Angeles Field Division's Honolulu District Office

where I investigate various drug related crimes: drug trafficking, drug

manufacturing, and drug sales. Prior to being assigned to the Los Angeles Field

Division, I was assigned to the San Diego Field Division, and prior to that I

completed eighteen (18) weeks of training at the DEA Academy in Quantico,

Virginia (VA).  Prior to becoming a Special Agent with the DEA, I graduated the

from the George Washington University in 2015, and upon doing so, joined the

Washington, D.C. Metropolitan Police Department (MPD) as a police officer until

November of 2017. From November of 2017 until September of 2019, I was

employed as a police officer with the San Diego Police Department (SDPD).

During my tenure with both the MPD and the SDPD, I was involved in copious

amounts of investigations which stemmed from drug offenses, to attempted murder

investigations. As such, I am a "federal law enforcement officer" within the

meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government

agent engaged in enforcing the criminal laws and duly authorized by the Attorney

General to request a search warrant.  I have been involved in numerous drug-

related arrests, numerous search warrants, and surveillances. I have debriefed numerous narcotics traffickers following their arrest. I have participated in drug trafficking investigations in which court-authorized searches of cellular phones were utilized

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the specified violation of federal law and does not set forth all of my knowledge about this matter

3.     On January 27, 2021, HERBERT HARRY FRENCH (hereinafter referred to as "FRENCH") was arrested by the Honolulu Police Department ("HPD") for driving with a suspended license (H.R.S. § 286-132). HPD officers observed that FRENCH had two bags in his possession at the time they approached his vehicle. In addition, officers also observed a white crystalline substance inside of one of the bags, and immediately recognized it to be methamphetamine. The two bags were seized by HPD as evidence pending a search warrant.

4.     After being placed under arrest and transported to the HPD's holding facility, FRENCH stated to HPD Officer Masakazu Kurita that he had drug-related information he wished to provide to law enforcement. Officer Kurita contacted me to meet with FRENCH; however, prior to me being able to respond to the HPD

4

holding facility, FRENCH was released by HPD.

5.    On January 29, FRENCH called Officer Kurita and stated that he still wished to provide information to law enforcement about drug trafficking. Based on this request, Task Force Officer ("TFO") Grant Jhun and I met with FRENCH and Officer Kurita in Waikiki. FRENCH began to provide to us information about drug trafficking. After a short time, FRENCH requested to retrieve his identification from one of the two bags officers had seized on January 27. I responded by asking FRENCH if he would consent to me retrieving the wallet for him, and if I could have consent to search both of his bags in their entirety. FRENCH replied by exclaiming, "There are drugs in the bags." I responded by asking if that meant FRENCH would or would not consent to a search of the bags, at which time FRENCH said he consented. FRENCH then provided written consent, granting me and TFO Jhun permission to search his bags.

//

//

//

//

//

//

//

5

6. TFO Jhun, Officer Kurita, FRENCH, and I then traveled to the HPD's main station to retrieve FRENCH's bags. Upon arriving at the main station, I took possession of the bags, went to the adjacent parking structure, and began to search them. I seized the following items of significance from the two bags: (i) approximately 100 "M30" pills suspected of containing fentanyl, (ii) 386 gross grams of methamphetamine, (iii) drug trafficking paraphernalia including a scoop and a scale, and (iv) $8,080 in U.S. currency.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, April 14, 2020.

Gabriel Gray
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint, this __15th__ day of April, 2021.



Wes Reber Porter
United States Magistrate Judge